**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELFIDIO CASTILLO, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 19-cv-03459-LKG <br><br> Dated: June 24, 2022 |

## **DISMISSAL ORDER**

On June 9, 2022, the government filed a notice informing the Court that defendant has fully complied with the Court's May 23, 2022, Order entering judgment revoking his naturalization. *See* ECF No. 38.

In light of the foregoing, the Clerk of Court is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

                                                                  s/ Lydia Kay Griggsby
                                                                  LYDIA KAY GRIGGSBY
                                                                  United States District Judge